THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SF PARKING, LLC, a California limited liability company, <br><br> Defendant. <br> . | NO.   C17-1846-RSM <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant, SF Parking, LLC, not yet having been served with the Summons and Complaint , good cause being shown, and the Court being fully advised, now, therefore;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..March 14, 2018

Initial Disclosures Pursuant to FRCP 26(a)………March 21, 2018

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16………………………………………March 28, 2018

DATED this 20 day of February 2018.

                      RICARDO S. MARTINEZ
                      CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff